IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                         CASE NO: 09-31094
                                                                       CHAPTER 7

DAVIS, THOMAS J.

        Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347**

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 1P | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | $2,627.96 |

The check mailed at the above address on April 19, 2010 has neither been returned by the Post Office nor negotiated by the Creditor.

Dated this 20th day of July, 2010.

                                                   /s/ Sherry F. Chancellor
                                                   Sherry F. Chancellor, Trustee
                                                   619 West Chase Street
                                                   Pensacola, Florida 32502
                                                   (850) 436-8445
                                                   Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Internal Revenue, Service, P.O. Box 21126, Philadelphia, PA 19114-0326 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on this 20th day of July, 2010.

/s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee